**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JANE NALL,

Plaintiff,

v.

BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, on behalf of the UNIVERSITY OF NEVADA, RENO, et al.,

Defendants.

3:26-cv-00601-MMD-CSD

**ORDER**

With good cause appearing, the Honorable Magistrate Judge Craig S. Denney recuses himself in this action.

**IT IS HEREBY ORDERED** that the Clerk shall draw another Magistrate Judge to be assigned to this case.

DATED: August 10, 2026.

UNITED STATES MAGISTRATE JUDGE