Claudia E. Aguayo, General Counsel (SBN 8351)
Scott H. Husbands, Associate General Counsel (SBN 11398)
Tania Gonzalez Contreras, Attorney (SBN 16872)
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3495
(775) 327-2202 fax
caguayo@unr.edu
shusbands@unr.edu
tgonzalezcontreras@unr.edu

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE NALL,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>Defendant. | Case No. 3:26-CV-00601-MMD-CLB<br><br>**ORDER GRANTING STIPULATION REGARDING TIME TO FILE RESPONSIVE PLEADING (First Request)** |

Plaintiff Jane Nall ("Plaintiff") appearing through counsel of record Alan R. Wechsler, Esq., Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("University") appearing through counsel of record Claudia E. Aguayo, Esq., Scott H. Husbands, Esq. and Tania Gonzalez Contreras, Esq., hereby stipulate that the University shall have up to and including Tuesday, November 17, 2026 to file its Responsive Pleading to Plaintiff's Complaint. This is the parties' first stipulation requesting an extension of time. In support of their stipulation, the Parties provide the following per LR IA 6-1, LR IA 6-2, and LR 7-1:

1. Plaintiff filed her Complaint on August 5, 2026. (ECF No. 1)

2. Plaintiff perfected service on the University as of October 13, 2026. Under FRCP 12, the University's responsive pleading is initially due on November 3, 2026. On Wednesday, October 28, 2026, the parties' counsel agreed that the University could have a two-week extension of time to submit its responsive pleading. The University's need for additional time is based on planned time out of the office during the week of November 2 as well as existing professional obligations in other matters. Based on these facts, the parties stipulate and submit that good cause exists for this first request for an extension of time.
3. Per Local Rule IA 6-1, this is the parties' first request for an extension of time regarding the University's responsive pleading.
4. The Parties therefore request that the University have up to and including Tuesday, November 17, 2026 to submit its responsive pleading to Plaintiff's Complaint.
5. The Parties offer this stipulation in good faith and not for the purpose of delay.

STIPULATED and DATED this 2nd day of November, 2026.

*/s/ Alan R. Wechsler*
Alan R. Wechsler (SBN 13782)
940 Southwood Blvd., Suite 102
Incline Village, NV 89451
(775) 548-5020
(775) 249-0533
alan@mountainsidelaw.com
**Attorney for Plaintiff**

/s/ *Scott H. Husbands*
Claudia E. Aguayo (SBN 8351)
Scott H. Husbands (SBN 11398)
Tania Gonzalez Contreras (SBN 16872)
Office of the General Counsel
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3495
(775) 327-2202 fax
caguayo@unr.edu
shusbands@unr.edu
tgonzalezcontreras@unr.edu
**Attorneys for Defendant**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2026.